IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN EUGENE CRAWFORD,
JOSEPH DANIEL WAHL,
BROOKE ERIN THOMSON,
and
BUBBA JACK HURLEY
_____/

1:07CR18 SPM/AK

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and request this Court issue an Order sealing the indictment returned by the

grand jury in this case, and in support of this motion states as follows:

1.      The defendants have not been arrested or charged as a result of the activities alleged

in the indictment.  The public revelation of the indictment could severely hamper law enforcement's

ability to locate and apprehend these defendants to answer the charges.

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE

07 JUN 26  PM 12: 45

FILED

2.     The United States further moves the Court that the indictment in this case shall remain sealed until further Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida and two certified copies to the United States Marshal for the Northern District of Florida.

**WHEREFORE**, in order to arrest the defendants before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney


GREGORY P. McMAHON
Assistant United States Attorney
Florida Bar Number 178110
300 E. University Avenue, Suite 310
Gainesville, Florida 32601
(352) 378-0996

**DONE AND ORDERED** this the _____ day of June 2007.


_____
ALLAN KORNBLUM
United States Magistrate Judge

2