UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No.: 1:07-CR-018-SPM/AK

STEPHEN EUGENE CRAWFORD,

     Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 67) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **STEPHEN EUGENE CRAWFORD**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this twenty-sixth day of November, 2007.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge