**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            Case No.:1:07cr18-SPM

STEPHEN EUGENE CRAWFORD,

       Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Defendant's Unopposed Motion to Continue Disposition" (doc. 122). As grounds, Defendant states that defense counsel is currently scheduled for trial on that same day, in another matter. The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion to continue (doc. 122) is hereby *granted*.

2.      Sentencing is reset for **Monday, February 4, 2008 at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2008.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge