IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 1:07cr18-SPM

STEPHEN EUGENE CRAWFORD,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Defendant's Unopposed Motion to Continue Disposition" (doc. 157). Defendant is scheduled to offer substantial assistance by testifying against a co-Defendant, but that trial has been continued. Therefore, Defendant would like a continuance in order to complete his substantial assistance to the Government by testifying at trial. The Government does not oppose the granting of this motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 157) is hereby *granted*.

2. Sentencing is reset for **Monday, June 2, 2008 at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this fourth day of April, 2008.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge