IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  Case No. 1:07cr18-SPM

STEPHEN EUGENE CRAWFORD,

     Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Defendant's Unopposed Motion to Continue Disposition" (doc. 240). Defendant requests a continuance because defense counsel is scheduled to appear in a trial in Clay County Circuit Court on the same day that Defendant's sentencing is scheduled. The Government does not oppose the granting of this motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Defendant's motion to continue (doc. 240) is hereby *granted*.

2.     Sentencing is rescheduled for **Monday, August 4, 2008 at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this third day of July, 2008.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge