IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                          Case No.:1:07cr18-SPM

STEPHEN EUGENE CRAWFORD,

     Defendants.
_____/

## ORDER APPOINTING NEW CJA COUNSEL

THIS CAUSE comes before the Court upon the "Motion to Withdraw and Substitute Counsel" (doc. 272).  In support of the motion, current CJA Counsel, John Lyon Broling, advises that his schedule prohibits him from representing Defendant Crawford on appeal.  The Tallahassee Office of the Public Defender has provided the name of another CJA attorney willing and able to take on this case.  For good cause shown, it is therefore

ORDERED AND ADJUDGED as follows:

1. The motion to withdraw (doc. 272) is hereby ***granted***.

2. Attorney John Lyon Broling is hereby ***discharged*** from this case.

3. Attorney Robert Harper, Jr, of Robert A. Harper, Jr. P.A. 325 West Park Avenue, Tallahassee, FL 32301, (850) 224-5900, a member in good standing of the Florida Bar and the Northern District of Florida

Bar, is hereby appointed to represent Defendant on appeal.

DONE AND ORDERED this twenty-second day of September, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge